AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Anita Gay Logg and Michael John Tidwell )  | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    4:13-cv-338-RBH |
| Blaine Holland ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice pursuant to Rule 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge.

Date:   May 13, 2013                                    *CLERK OF COURT*

                                                        s/Debbie Stokes
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*